# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-3158

_____

RAYBURN SCOTT,

    Appellant,

v.

BURLINGTON STORES, INC.,

    Appellee.

_____

On appeal from the Florida Commission on Human Relations.
Larry D. Hart, Judge.

July 15, 2026

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

ROWE, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Rayburn Scott, pro se, Appellant.

Sara K. Finnigan and Luis Santos of Ford & Harrison LLP, Orlando, for Appellee.